**PILLSBURY WINTHROP SHAW PITTMAN LLP**
MICHAEL R. KREINER, SBN 316625
725 S. Figueroa St., Suite 2800
Los Angeles, CA 90017
Telephone: 213-488-7100
Facsimile: 213-629-1033
E-mail: michael.kreiner@pillsburylaw.com

*Attorneys for Defendant and Counter-Defendant Atlantic Natural foods, LLC*

JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Atlantic Natural Foods, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Chipotle Mexican Grill, Inc. and CMG Pepper, LLC et al., <br><br> Defendants. | Case No. 8:20-cv-02141-JVS-ADS <br><br> ORDER GRANTING JOINT STIPULATION FOR DISMISSAL <br><br> Judge:   Hon. James V. Selna <br><br> Case Transferred: November 6, 2020 |

ORDER GRANTING
JOINT STIPULATION

Case No. 8:20-CV-02141-JLS-DFM

4833-0692-0914.v1

# ORDER

The Court having considered the Joint Stipulation of Voluntary Dismissal Without Prejudice submitted by Plaintiff Atlantic Natural Foods, LLC and Defendants Chipotle Mexican Grill, Inc. and CMG Pepper, LLC, and good cause being found, it is hereby ORDERED that this action is dismissed in its entirety, without prejudice to any of the claims or defenses asserted by the parties herein.  This dismissal shall be deemed to be of no future effect or consequence for purposes of Fed. R. Civ. P. 41(a)(1)(B), second sentence.

Good cause appearing, **IT IS SO ORDERED.**

Date:  November 17, 2020

_____
Hon. James V. Selna
United States District Judge